UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Jonathan Lee Riches d/b/a
Allen Stanford Financial Group;
Shahar Peer;
Plaintiffs
v.

FILED by LH D.C.
ELECTRONIC
April 7, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Men's Journal LLC d/b/a Wenner Media; Jann S. Wenner; Brad Wieners; Tom Foster; Adam Bell; Mark Cohen; Ben Court; Claire Martin; Jacob Ward; Gwen Kilvert; Seth Fletcher; Joel Weber; Nicole Cusick; Catharine Livingston; Dr. Bob Arnot; Peter Benchley; Alton Brown; Chip Brown; Tim Cahill; Philip Caputo; David DiBenedetto; Bob Drury; Kevin Fedarko; David Hochman; Paul Hochman; Sebastian Junger; John Hodgman; Mark Levine; Guy Martin; Jonathan Miles; Steve Morgenstern; Arthur St. Antoine; Paul Solotaroff; Doug Stanton; Steve Steinberg; Randall Sullivan; Paul Theroux; Peter Wilkinson; Tom Wolfe; Beverly Xua; James Lochart; Michael Gollust; Jamie Beckman; Andrew Olesnycky; David Matt; Rob Haggart; Michael Scowden; Leah Overstreet; BJ Garcia; Jenny Lai; Tricia Ketchey; Cory Treadway; Patti O'Brien; Elliot Abt; Patrick Bryan; Sean Fenlon; Kevin Jones; Enid Silverman; Katey Johnson; Erica Snyder; John Dragonetti; Janice Borowicz; Clifford Cerar; Henry Groskinsky; Vincent Romano; Will Schenck; John A. Gruber; Timothy Walsh; William Kwan; Pamela Fox; Michael Sheehy; Camp Shropshire; Ron Brennan; Jeff Tandy; Alexandra Riera; Francine Donlon; E. Catesby Handler; Mark Neschis; Erica Kestenbaum; Gary Armstrong; Thom Allcock; Amy Cooper; Megan Kingsbury; Vildia Samaniego; Scott Schaiberger; Matthew Mastrangelo; Ron Mulliken; Eric Bizzak; Jeremy Levine; Stephen Sigler; Christy Rizzo; Devin Cohan; Robert Frankel;

Peter Saad; Brian Green; Diane Clements; Aimee Perkowski; Jill Cavanaugh Puerto; Andie Crosby; Brown and Co; Byron J. Brown; Julie Kern; Jay Spence; Gianni Soddu; Eryn Crary; Jeremy Davenport; Genevieve Ginocchio; Tara Horne; Erin Hugger; Laela Perkins; Jennifer Peterson; Nicole Premuto; Lindsay Speros; Helen Tann; MensJournal.com,
Defendants

---

Preliminary Injunction, Temporary Restraining Order, TRO
42 USC 1983 - Defamation of character, slander, invasion of privacy

Comes now, the Plaintiff's Jonathan Lee Riches d/b/a Allen Stanford Financial Group & Shahar Peer, moves this honorable court to issue an order for all the defendants named in this suit to respond. We face imminent danger, economic and financial harm from Defendants who are violating Plaintiff's copyrighted and trademark material rights along with Defendants who are verbally, orally, and physically threatening Jonathan Lee Riches with terroristic threats, slander, defamation of Riches' character and invasion of Riches' privacy if Riches does not give Defendants interviews via t.v., newsprint, or online. Defendants collectively have been harassing Jonathan Lee Riches everyday, all day since Feb 25th, 2003. Defendants are defaming the Riches' family name with proganda in all magazines owned by Wenner including Mens Journal magazines, their web pages, and internet blogs. Defendants are working with Google.com to blog negative articles on Jonathan Lee Riches including the posting of personal pictures, Riches' criminal history, Jonathan Lee Riches' current location which puts him in serious danger from other media, paperatzi, bloggers, stalkers, and critics. Jonathan Lee Riches is an internet celebrity and his 6th amendment rights were violated on his

pg 3
SU News Journal

criminal conviction under U.S. v. Booker. Defendants are labeling Riches as an International Identity theft Kingpin Intelligence czar who stole and master minded the theft of millions of dollars in Ponzi scams, securities fraud, and wire fraud scams and creating computer hacking and Phishing programs via Trojan horse key stroke loggers. Defendants already worked in Alliance with CNN Producers to create a documentary on Jonathan Lee Riches titled CNN presents "How to Rob a Bank" which received an emmy, but violated Riches' copyrighted material. Now defendant continue to call the Prisons everyday where Riches is house to get a interview and story from him for future news Journal features. Defendants sent their Journalists to the front wall of USP Atlanta trying to speak with Riches. Defendants sent Riches letters for interviews and continue everyday despite Riches informing them to stop. Defendants have been a burden on the security of USP Atlanta that they placed Riches in 24 hour a day lockdown, the Shu, for security reasons and labeled Riches as being crazy, because of Defendants inflicting Psychological and emotional distress on Riches' Life. Riches is now being transferred to FMC Lexington a BOP prison hospital and Riches will be forced to take medication due to the daily stress inflicted on him by defendants. We seek a restraining order and injunction against future harassment and threats defendants are conducting Against Jonathan Lee Riches and monetary damages of $2.5 million dollars to compensate Riches for mental trauma. Plaintiffs pray and Respectfully ask this court for injunctive relief and pray their motions are granted.

Shahar Peer 2-21-09
Shahar Peer
1290 Avenue of the Americas,
New York, NY 10104
212-484-1616

respectfully,
02-26th-2009
Jonathan Lee Riches
#40948-018
USP Atlanta
P.O. Box 150160
Atlanta, GA 30315
843-387-9400

Clerk of court,

this is my new Address

Jonathan Lee Riches
#40948018
FMC Lexington
P.O. Box 14500
Lexington, KY 40512

Please send all mail to this Address

thank you