UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division
**Case Number:09-14105-CIV-MARTINEZ-WHITE**

JONATHAN LEE RICHES,

    Plaintiff,

vs.

MEN'S JOURNAL LLC, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND CLOSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's *pro se* civil rights complaint. The Magistrate Judge filed a Report (D.E. No. 5), recommending that this case be dismissed without prejudice to Plaintiff refiling this action upon payment of the full filing fee pursuant to the "three strikes" provision of the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915(g). The Court has reviewed the entire file and record and notes that no objections have been filed.[1] After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report **(D.E. No. 5)** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that

---

[1] The Clerk docketed Plaintiff's Notice of Appeal of Magistrate Judge White's Report as a Notice of Appeal/Objection. *See* (D.E. No. 7). However, upon review of this filing, it is not an objection, but rather, it is an appeal to the Eleventh Circuit of Magistrate Judge White's Report. It also states no viable objections.

1. This Case is **DISMISSED** without prejudice to Plaintiff refiling this action upon payment of the full filing fee.

2. This Case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this \_11\_ day of August, 2009.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Jonathan Lee Riches *pro se*